DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

FLINN v. LAUGHINGHOUSE

No. 321P84.

Case below: 68 N.C. App. 476.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984. Motion to dismiss appeal for lack of substantial constitutional question allowed 28 August 1984.

GREEN v. AETNA CASUALTY & SURETY

No. 299P84.

Case below: 68 N.C. App. 357.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

HAMILTON v. MERCY HOSPITAL

No. 381P84.

Case below: 68 N.C. App. 563.

Petition by defendant (Hospital) for discretionary review under G.S. 7A-31 denied 28 August 1984.

HOUSE v. STOKES

No. 421P84.

Case below: 66 N.C. App. 636.

Petition by defendants for writ of certiorari to North Carolina Court of Appeals denied 28 August 1984.

HUDSON v. ALL STAR MILLS

No. 338P84.

Case below: 68 N.C. App. 447.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 28 August 1984.